UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION
THE HONORABLE JAMES J. ROBINSON, PRESIDING
ANNISTON CALENDAR

**10:14 A.M.** Confirmation Shortlist for Tuesday, April 28, 2015
Hearing Room: Room 113

**Because all objections and other matters have been resolved and based on the trustee's recommendation and the Court's review, the confirmation hearing for each case listed below was moved to the 10:14 shortlist.**

**"NON-DETRIMENTAL PLANS":**
The last plan timely and correctly filed prior to the confirmation hearing in each case listed below is due to be confirmed. The trustee will submit a proposed confirmation order;

**14-41925-JJR John Michael Bettis and Faye E Bettis**
**14-41994-JJR Gregory S. Nicholson and Elizabeth D. Nicholson**
**15-40073-JJR Nelson Scott Jones**
**15-40169-JJR Veronica Lynn Whitaker and Jack Erwin Whitaker, III**
**15-40214-JJR Roger Baker**
**15-40259-JJR Charles Paul Jonathon Berrong and Lisa Berrong**
**15-40265-JJR Peggy Moore and Terry Moore**
**15-40279-JJR Sarah Hudgins Masters**
**15-40288-JJR William Shawn Morgan**

**HOLD 28 DAYS - "DETRIMENTAL PLAN":**
The last plan timely and correctly filed prior to the confirmation hearing in each case listed below is due to be confirmed, however, a detrimental plan has been filed. The proposed confirmation order will be held for 28 days from the date of service of the detrimental plan, if no objections are timely filed, the trustee will submit the confirmation order. *If an objection is timely filed, the objection and the confirmation hearing will be reset; if an amended plan is filed, the confirmation hearing will be reset*

**15-40009-JJR Neil Andrew Murray and Susan Burgess Murray** If no objections are filed on or before **May 18, 2015**, the Trustee will submit a proposed confirmation order.

**15-40232-JJR Cody Andrew Owens** If no objections are filed on or before **May 7, 2015**, the Trustee will submit a proposed confirmation order.

**15-40260-JJR Nicholas B. Goodwin and Raechel E. Goodwin** If no objections are filed on or before **May 18, 2015**, the Trustee will submit a proposed confirmation order.