# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

§

In Re:

**ROGER BAKER**　　　　　　　　　　　　　　　　Case No. **15-40214**
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

Debtor(s)　　　　　　　　　§

## MOTION TO MODIFY PLAN

COMES NOW, Linda B. Gore, Chapter 13 Trustee, and moves to modify the debtor's plan to offer proceeds received from *WELLS FARGO HOME MORTGAGE for $127.91* as an additional plan payment which will be added to the plan base. The plan base will be $67,953.73. Unsecured creditors will receive approximately 50.6%. The plan payment *will remain as scheduled* to pay out the plan base in the time remaining. The debtor will continue making their regularly scheduled payments to the trustee to prevent dismissal of the case.

WHEREFORE, the Trustee prays that this modification will be GRANTED.

Date Prepared: APR 2 5 2016

_____
LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the debtor(s) *Roger Baker, 184 Mountain Street, Heflin, AL 36264 via US Mail*, the debtor(s) attorney of record, *Thomas M. Semmes, Esq. via electronic mail* at semmes@cableone.net on this date April 29 2016

_____
LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P.O. Box 1338
Gadsden, AL 35901
(256) 546-9262